AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 06, 2021

SEAN F. McAVOY, CLERK

Keven James Leopard,

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| BENTON COUNTY WA, CORPORAL NELSON, CHAPLIN JENNIFER, NAPHCARE INC., and IDEAL OPTION PLLC, | ) ) ) |
| *Defendant* | |

Civil Action No.  4:21-cv-05132-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion (ECF No. 12) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   ROSANNA MALOUF PETERSON _____ on a motion to Voluntarily Dismiss Complaint.

Date:  12/06/2021 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____